# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KENT MATERIALS, LLC

VERSUS

DIRT WORKS, INC.

CIVIL ACTION

16-194-SDD-EWD

## RULING

The Court, after carefully considering the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated August 11, 2016, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein. Accordingly;

**IT IS ORDERED** that Plaintiff's *Motion to Remand*[3] is denied.

**IT IS FURTHER ORDERED** that the Plaintiff's request for fees under 28 U.S.C. § 1447(c) is denied, and this matter is referred back to the United States Magistrate Judge for a Scheduling Conference.

Baton Rouge, Louisiana the 1 day of Sept, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 14.
[3] Rec. Doc. 6.